IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KiOR, INC.,[1] | ) | Case No. 14-12514 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ─────────────────────────── | ) | |
| KiOR, INC., | ) | Adv. Proc. No. 15-50238 (CSS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF MISSISSIPPI, MISSISSIPPI DEVELOPMENT AUTHORITY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING ORDER
APPROVING STIPULATION REGARDING DISCHARGEABILITY OF
CLAIMS AND STAY OF ADVERSARY PROCEEDING**

The undersigned hereby certifies as follows:

1. On March 16, 2015, KiOR, Inc. (the "Debtor") commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing its *Complaint for Determination of the Dischargeability of Alleged Debt of the State of Mississippi, Mississippi Development Authority (11 U.S.C. §§ 523(a)(2), 1141(d)(1)(A) and 1141(d)(6)(A), Bankruptcy Rule 4007)* (the "Complaint") [Adv. Docket No. 1] against the State of Mississippi, Mississippi Development Authority (the "MDA").[2]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is KiOR, Inc. (2233). The above-captioned Debtor's mailing address is 13011 Bay Park Road, Pasadena, Texas 77507.

[2] The Debtor styled its Complaint as against the "State of Mississippi, Mississippi Development Authority." However, neither this designation of the defendant nor anything else in the Complaint or herein waives, impairs, or precludes any claim or argument by the Debtor or any other party in interest that the Mississippi Development Authority is not an arm or alter ego of the State of Mississippi. For the avoidance of doubt, all references herein to

1

2. The Complaint seeks a determination and declaration that claims of the MDA against the Debtor are fully dischargeable under 11 U.S.C. § 1141(d)(1)(A), and are not excepted from discharge pursuant to 11 U.S.C. § 1141(d)(6).

3. Subject to certain conditions, the MDA is willing to stipulate that it will not seek to have the Debtor's obligations to the MDA, State of Mississippi, relating to or arising from the subject matter of proof of claim No. 70 in the Debtor's bankruptcy case treated as non-dischargeable pursuant to 11 U.S.C. § 1141(d)(6).

4. The Debtor and the MDA have entered into a stipulation to memorialize their agreement (the "<u>Stipulation</u>").  A proposed form of order approving the Stipulation is attached hereto as <u>Exhibit A</u> (the "<u>Proposed Order</u>").  The Proposed Order has been circulated to, and is acceptable to, the MDA.

---

the "MDA" refer to solely to the Mississippi Development Authority, State of Mississippi.  The MDA represents that it is authorized to enter into this Stipulation and to make the agreements set forth herein as to the MDA Claim (defined below).

WHEREFORE, the Debtor respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as Exhibit A, approving the Stipulation, at its earliest convenience.

Date: April 29, 2015  
Wilmington, Delaware

/s/ Amanda R. Steele  
John H. Knight (No. 3848)  
Michael J. Merchant (No. 3854)  
Amanda R. Steele (No. 5530)  
RICHARDS, LAYTON & FINGER, P.A.  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: 302-651-7700  
Facsimile: 302-651-7701  
Email: knight@rlf.com  
merchant@rlf.com  
steele@rlf.com

-and-

Michael G. Bongiorno (Massachusetts Bar No. 558748)  
Peter J. Kolovos (Massachusetts Bar No. 632984)  
George W. Shuster Jr. (Massachusetts Bar No. 647306)  
WILMER CUTLER PICKERING HALE AND DORR LLP  
60 State Street  
Boston, Massachusetts 02109  
Telephone: (617) 526-6000  
Facsimile: (617) 526-5000  
Email: michael.bongiorno@wilmerhale.com  
george.shuster@wilmerhale.com  
peter.kolovos@wilmerhale.com

**ATTORNEYS FOR DEBTOR**  
**AND DEBTOR IN POSSESSION**