# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KiOR, INC.,[1] | ) Case No. 14-12514 (CSS) |
| | ) |
|     Debtor. | ) |
| | ) |
| KiOR, INC., | ) Adv. Proc. No. 15-50238 (CSS) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF MISSISSIPPI, MISSISSIPPI DEVELOPMENT AUTHORITY, | ) |
| | ) |
|     Defendant. | ) |

## ORDER APPROVING STIPULATION REGARDING DISCHARGEABILITY OF CLAIMS AND STAY OF ADVERSARY PROCEEDING

The above-captioned debtor (the "Debtor") and the State of Mississippi, Mississippi Development Authority ("MDA") having entered into the *Stipulation Regarding Dischargeability of Claims and Stay of Adversary Proceeding* (the "Stipulation"), a copy of which is attached hereto as Exhibit 1; and the Court having reviewed the Stipulation, and having determined that good cause has been demonstrated for approving the Stipulation;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Stipulation attached hereto as Exhibit 1 is approved.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is KiOR, Inc. (2233). The above-captioned Debtor's mailing address is 13011 Bay Park Road, Pasadena, Texas 77507.

RLF1 11884853v.1

2. This Court shall retain jurisdiction to resolve all matters relating to the interpretation and implementation of this Order.

Dated: April 29, 2015
       Wilmington, Delaware

                                                     THE HONORABLE CHRISTOPHER S. SONTCHI
                                                     UNITED STATES BANKRUPTCY JUDGE